### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kellie Liggins

                                 Plaintiff,

v.                                                           Case No.: 1:22−cv−01610
                                                                 Honorable John F. Kness

JPMorgan Chase Bank, N.A., et al.

                                 Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, July 13, 2022:

      MINUTE entry before the Honorable John F. Kness: Defendants' Motion for extension of time [20] is stricken as incorrectly filed. Mailed notice(ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.