IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KELLIE LIGGINS, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-CV-01610 |
| | ) |
| v. | ) |
| | ) Hon. John F. Kness |
| JPMORGAN CHASE BANK, N.A., GRIT | ) |
| SPORTS YT, LLC d/b/a UFC GYM, and ABC | ) Magistrate Judge Susan E. Cox |
| FITNESS SOLUTIONS, LLC, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SETTLEMENT

Plaintiff, Kellie Liggins, through her attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that Plaintiff and Defendants JPMorgan Chase Bank, Grit Sports YT, LLC d/b/a UFC Gym, and ABC Fitness Solutions, LLC ("Defendants"), have reached a settlement which will resolve Plaintiff's case against Defendants. Plaintiff and Defendants are working on documenting the settlement and Plaintiff will file a Stipulation to Dismiss all remaining Defendants as soon as settlement is finalized. Plaintiff requests that the Court strike all pending deadlines, include the status report due July 19, 2022.

Respectfully submitted,

*/s/ Carly M. Roman*
Carly M. Roman

Daniel A. Edelman
Tara L. Goodwin
Carly M. Roman
**EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824

(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:
courtecl@edcombs.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Carly M. Roman, hereby certify that on July 18, 2022, a copy of the foregoing document was filed via the CM/ECF system, causing service on all counsel of record.

>                                               */s/ Carly M. Roman*
>                                               Carly M. Roman

Daniel A. Edelman
Tara L. Goodwin
Carly M. Roman
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:
courtecl@edcombs.com