# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kellie Liggins

                                  Plaintiff,

v.                                             Case No.: 1:22−cv−01610

                                                        Honorable John F. Kness

JPMorgan Chase Bank, N.A., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 18, 2022:

      MINUTE entry before the Honorable John F. Kness: Before the Court is the parties' "Notice of Settlement" [23]. Because the parties have reported that they are finalizing a settlement, all existing deadlines are stricken, all pending motions are entered and continued, and the case is stayed pending the filing of a stipulation of dismissal. See Fed. R. Civ. P. Rule 41(a)(1)(A)(i). The hearing set for 7/29/2022 is reset to 8/18/2022 at 09:30 AM; that hearing will be stricken if a stipulation of dismissal is filed in advance. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.