**Exhibit A**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **KELLIE LIGGINS**, | |
| Plaintiff, | Case No. 1:22-CV-01610 |
| v. | |
| | Hon. John F. Kness |
| **JPMORGAN CHASE BANK, N.A., GRIT SPORTS YT, LLC d/b/a UFC GYM, and ABC FITNESS SOLUTIONS, LLC**, | Magistrate Judge Susan E. Cox |
| Defendants. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Kellie Liggins ("Plaintiff") submits this Notice of Voluntary Dismissal With Prejudice with respect to the claims against JPMorgan Chase Bank, N.A. ("Chase"), Grit Sports YT, LLC d/b/a UFC Gym ("UFC"), and ABC Fitness Solutions, LLC ("ABC") in her Complaint. Chase, UFC, and ABC shall bear their own fees and costs.

Dated: September 29, 2022   Respectfully submitted,

*Carly M. Roman*
Carly M. Roman
**Edelman, Combs,
Latturner & Goodwin, LLC**
20 South Clark Street, Suite 1500
Chicago, Illinois 6060
Tel: (312) 739-4200
Fax: (312) 429-0379

*Attorney for Plaintiff*

9

## CERTIFICATE OF SERVICE

  I, Carly M. Roman, hereby certify that on September 29, 2022, a copy of the foregoing document was filed via the CM/ECF system, causing service on all counsel of record.

                 */s/ Carly M. Roman*
                 Carly M. Roman

Daniel A. Edelman
Tara L. Goodwin
Carly M. Roman
**EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:
courtecl@edcombs.com

3